IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EMILY P.,[1]

    **Plaintiff,**

    v.                                    Civil No. 3:20cv00368

KILOLO KIJAKAZI,

    **Defendant.**

## FINAL ORDER

Following a de novo review of the R&R and the Objection, and finding no error, the Court will ADOPT the findings and recommendations set forth in the R&R. Accordingly, the Court:

    (1) OVERRULES Plaintiff's Objections to the Report and Recommendation, (ECF No. 38);

    (2) ADOPTS the Report and Recommendation of the Magistrate Judge, (ECF No. 37);

    (3) DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 28);

    (4) GRANTS the Commissioner's Motion for Summary Judgment, (ECF No. 30); and

    (5) AFFIRMS the Commissioner's decision denying benefits to Plaintiff.

The parties are advised that they may appeal from the Memorandum Opinion and Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States recommends that, due to significant privacy concerns in social security cases, federal courts refer to a claimant only by his or her first name and last initial.

States Courthouse, 701 East Broad Street, Richmond, Virginia 23219. The Clerk must receive said written notice within sixty (60) days for the date of this Final Order.

It is so ORDERED.

Date: 3-31-2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge